# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| **John Douglas Bird, Jr.,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 2:09-cr-00015-MR-WCM |
| | ) | 1:23-cv-141-MR |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2023 Order.

June 12, 2023

*Katherine H. Simon*

Katherine Hord Simon, Acting Clerk
United States District Court